# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff  
Clerk

OFFICE OF THE CLERK  
P.O. Box 1636  
BRUNSWICK, GEORGIA  31521

(912)280-1330

### NOTICE TO ALL COUNSEL OF RECORD

RE:   CV507-79 JAMIE MCDANIEL V. ROBERT SMITH; ALAN G. PAULK JR., ET AL

Extension of discovery time having been granted in this case, the relevant cut-off dates are changed as follows:

| | |
|---|---|
| DISCOVERY WILL CLOSE | 9/29/2008 |
| LAST DAY FOR FILING OTHER CIVIL MOTIONS (30 days after close of discovery) | 10/29/08 |
| LAST DAY FOR FILING MOTION FOR SUMMARY JUDGMENT (30 days after close of discovery) | 10/29/08 |
| PRETRIAL ORDER DUE (60 days after close of discovery) | See Docket # 111 |

**Defendant shall submit their portion of the pretrial order to plaintiff five (5) days before the pretrial order deadline. In default of which sanctions may be imposed.**

**MOTIONS IN LIMINE** shall be filed no later than **20 DAYS PRIOR TO THE PRE-TRIAL CONFERENCE**, if practicable; otherwise, up to the time of trial.

All motions, other than summary judgments and motions to dismiss, shall be accompanied with a **proposed order (with** the exceptions of Motion for Summary Judgment and to Dismiss)

**\*\* ANY WITNESS KNOWN PRIOR TO THE CLOSE OF DISCOVERY AND NOT DISCLOSED WILL NOT BE ALLOWED.**

Curriculum Vitaes on all expert witnesses shall be filed separately with the pretrial order. This rule will be strictly adhered to and the court may not allow the expert witness to testify if this has not been complied with.

DATE: 7/31/2008

cc:

BY _____  
SCOTT L. POFF, CLERK,  
U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF GEORGIA