IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
2009 MAR 12 AM 10: 55
CLERK R. Ad
SO. DIST. OF GA.

JAMIE McDANIEL,

    Plaintiff,

v.

ROBERT SMITH; ALAN G. PAULK, JR.;
ALAN G. PAULK, SR.; JACK HARPER;
TODD WINKLER; JOHN DOE 1, and
JOHN DOES 2-5,

    Defendants.

CIVIL ACTION NO.: CV507-079

## ORDER

Defendant Robert Smith filed a Motion to Exclude Putative Expert Testimony of James Evancho (Doc. 147), and Plaintiff has filed a Response. The undersigned held a hearing on March 3, 2009, in Waycross, Georgia, on said Motion. Defendant's Motion is **granted** in part and **denied** in part. Evancho is hereby precluded from offering any testimony as to whether, in his opinion, Defendants engaged in a criminal conspiracy or testimony as to any other opinion. James Evancho will be allowed to offer testimony regarding the customs and standards of the bail bonding and bail recovery agent industries. At trial, Defendants may assert objections to specific questions propounded to Evancho.

    SO ORDERED, this 12th day of March, 2009.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)