IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
2009 MAR 12 AM 10: 55
CLERK R. Ott
SO. DIST. OF GA.

| | |
|---|---|
| JAMIE McDANIEL, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: CV507-079 |
| ROBERT SMITH; ALAN G. PAULK, JR.; ALAN G. PAULK, SR.; JACK HARPER; TODD WINKLER; JOHN DOE 1, and JOHN DOES 2-5, | |
| Defendants. | |

### ORDER

Defendant Alan Paulk, Jr. filed a Motion to Exclude Testimony of Plaintiff's Experts (Doc. 149.), and Defendant Alan Paulk, Sr. filed a Motion adopting the Motion filed by Paulk, Jr. (Doc. 153.) Plaintiff has filed Responses to both motions. A hearing was held on March 3, 2009, in Waycross, Georgia, on said Motion. The rulings on Defendant Smith's Motion to Exclude Expert Testimony of James Evancho, and Defendants Smith and Todd's Motion to Exclude Expert Testimony of Michael Tate control Paulk, Jr.'s Motion to Exclude Testimony of Plaintiff's Experts, as well as the Motion filed by Paulk, Sr.

SO ORDERED, this 12th day of March, 2009.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)