## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

JAMIE MCDANIEL                                )
                                              )
     vs.                                       )          CV 507-79
                                              )
ROBERT SMITH, ALAN G. PAULK, JR.,             )
ALAN G. PAULK, SR., and JACK HARPER           )

### ORDER

It is hereby ORDERED that the Pretrial Order in this case is due on or before

Wednesday, May 25, 2011.  The Pretrial Conference will be held on Tuesday, June 7,

2011 at 10:00 am in the Federal Courthouse, 601 Tebeau Street, Waycross, Georgia.


SO ORDERED this ___ day of April, 2011.


                                      LISA GODBEY WOOD, CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF GEORGIA