IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JAMIE MCDANIEL, | CIVIL ACTION FILE NO. |
| Plaintiff, | |
| vs. | 5:07-CV-0079 |
| ROBERT SMITH, *et al.*, | |
| Defendants. | |

### ORDER

Upon motion by Defendants and consent by the Plaintiff, and for good cause shown, it is hereby ORDERED that Defendants shall have three additional days from the date they receive the Plaintiffs' proposed Pretrial order to file the Defendants' portions of the Pretrial Order. The Court hereby extends the deadline for the parties to file a consolidated pretrial order to Tuesday, May 31st, 2011.

SO ORDERED this 25th day of May, 2011.

LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT